# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bade, Bridget S. | U.S. District Court, Arizona | 05/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 321
Phoenix, Arizona 85003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Archway Classical Academy - Chandler (1/1/14-6/30/14) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-Employed Attorney - Thomas W. Bade PLC (1/1/14-12/31/14) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bade, Bridget S.** | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) ACCOUNTS | | | | | | | | | |
| 2. Arizona Central Credit Union | A | Int./Div. | J | T | | | | | |
| 3. (H) BSB ROTH IRA - BAIRD | | | | | | | | | |
| 4. Aim Invesco Cocmstock Cl C | A | Dividend | J | T | | | | | |
| 5. MFS Limited Maturity Cl C | A | Dividend | J | T | | | | | |
| 6. (H) TWB ROTH IRA - BAIRD | | | | | | | | | |
| 7. Davis NY Venture Cl C | A | Dividend | J | T | | | | | |
| 8. | A | Distribution | | | Buy (add'l) | 07/03/14 | J | | |
| 9. | A | Distribution | | | Buy (add'l) | 12/15/14 | J | | |
| 10. MFS Limited Maturity Cl C | A | Dividend | J | T | | | | | |
| 11. (H) MNB COVERDELL ESA - BAIRD | | | | | | | | | |
| 12. Davis NY Venture Cl C | A | Dividend | K | T | | | | | |
| 13. | B | Distribution | | | Buy (add'l) | 07/03/14 | J | | |
| 14. | B | Distribution | | | Buy (add'l) | 12/15/14 | J | | |
| 15. (H) MTB COVERDELL ESA - BAIRD | | | | | | | | | |
| 16. Davis NY Venture Cl C | A | Dividend | J | T | | | | | |
| 17. | B | Distribution | | | Buy (add'l) | 07/03/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | Distribution | | | Buy (add'l) | 12/15/14 | J | | |
| 19. Ivy Balanced Cl C | A | Dividend | J | T | | | | | |
| 20. XLK Sector Technology Select Sector Spdr (X) | A | Dividend | J | T | | | | | |
| 21. (H) BSB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 22. Baird Money Market | A | Interest | J | T | | | | | |
| 23. ESRX common stock | | None | J | T | | | | | |
| 24. GE common stock | A | Dividend | J | T | | | | | |
| 25. HD common stock | A | Dividend | J | T | | | | | |
| 26. MRK common stock | A | Dividend | J | T | | | | | |
| 27. MSFT common stock | A | Dividend | J | T | | | | | |
| 28. PG common stock | A | Dividend | J | T | | | | | |
| 29. XCEL common stock | A | Dividend | K | T | | | | | |
| 30. (H) TWB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 31. Baird Money Market | A | Interest | J | T | | | | | |
| 32. MO common stock | A | Dividend | J | T | | | | | |
| 33. BAC common stock | A | Dividend | J | T | | | | | |
| 34. C common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CSCO common stock | A | Dividend | J | T | | | | | |
| 36. COP common stock | A | Dividend | K | T | | | | | |
| 37. GE common stock | A | Dividend | J | T | | | | | |
| 38. INTC common stock | A | Dividend | J | T | | | | | |
| 39. JPM common stock | A | Dividend | J | T | | | | | |
| 40. JNJ common stock | A | Dividend | J | T | | | | | |
| 41. KRFT common stock | A | Dividend | J | T | | | | | |
| 42. MRK common stock | A | Dividend | J | T | | | | | |
| 43. MSFT common stock | A | Dividend | J | T | | | | | |
| 44. MDLZ common stock | A | Dividend | J | T | | | | | |
| 45. PM common stock | A | Dividend | K | T | | | | | |
| 46. PFE common stock | A | Dividend | J | T | | | | | |
| 47. PSX common stock | A | Dividend | J | T | | | | | |
| 48. DBO Powershares DB Multi Sector Commodity Trust Oil Fund | | None | J | T | | | | | |
| 49. XCEL common stock | A | Dividend | J | T | | | | | |
| 50. Blackrock S&P 500 Index Investor Cl A | A | Dividend | K | T | | | | | |
| 51. (H) BSB ROLLOVER IRA - BEACON POINTE | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TDAM US Government Portfolio | A | Int./Div. | J | T | | | | | |
| 53. Ishares Russell 100 Index Fund | A | Int./Div. | K | T | | | | | |
| 54. Cullen Value Fd Hi Dvd Fd Cl A | A | Int./Div. | K | T | Buy (add'l) | 06/12/14 | J | | |
| 55. | A | Distribution | | | Buy (add'l) | 12/31/14 | J | | |
| 56. First Eagle Sogen Fds Inc Global Cl A | A | Int./Div. | J | T | | | | | |
| 57. First Eagle Sogen Fds Inc Global Cl I | A | Int./Div. | K | T | | | | | |
| 58. | B | Distribution | | | | | | | |
| 59. Manning & Napier Pro Blend Ext Term Series Fd | A | Int./Div. | J | T | | | | | |
| 60. | B | Distribution | | | | | | | |
| 61. Northern Lights Swan Defined Risk A | A | Int./Div. | K | T | | | | | |
| 62. Pimco Fds All Asset All Authority | A | Int./Div. | | | Buy (add'l) | 01/03/14 | J | | |
| 63. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 64. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 65. | | | | | Sold | 09/26/14 | K | A | |
| 66. Touchstone Funds Small Cap Core A | A | Int./Div. | | | Sold | 06/12/14 | J | C | |
| 67. Virtus Funds Emerging Mkts Oppty I | A | Int./Div. | J | T | | | | | |
| 68. DVN common stock | A | Dividend | | | Sold | 05/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GE common stock | A | Dividend | J | T | | | | | |
| 70. GS common stock | A | Dividend | J | T | | | | | |
| 71. BlackRock Strategic Income Opps Inv A | A | Int./Div. | K | T | Buy | 11/25/14 | K | | |
| 72. | A | Distribution | | | | | | | |
| 73. (H) TWB & BSB JT TEN - BEACON POINTE | | | | | | | | | |
| 74. TDAM Municpal Portfolio Class A | A | Int./Div. | J | T | | | | | |
| 75. First Eagle Sogen Fds Inc Global Cl A | A | Int./Div. | J | T | | | | | |
| 76. First Eagle Sogen Fds Inc Global Cl I | A | Int./Div. | J | T | | | | | |
| 77. | A | Distribution | | | | | | | |
| 78. FPA Crescent Portfolio | A | Int./Div. | | | Sold | 02/19/14 | K | C | |
| 79. Northern Lights Swan Defined Risk | A | Int./Div. | J | T | Buy (add'l) | 01/03/14 | J | | |
| 80. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 81. Riverpark Wedgewood Instl | A | Int./Div. | J | T | | | | | |
| 82. | B | Distribution | | | | | | | |
| 83. Riverpark Wedgewood Retail | A | Int./Div. | J | T | | | | | |
| 84. Touchstone Small Cap Core A | A | Int./Div. | | | Sold | 02/19/14 | J | C | |
| 85. Virtus Funds Emerging Mkts Oppo Fd Cl A | A | Int./Div. | J | T | Sold (part) | 02/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 87. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 88. BAC common stock | A | Dividend | J | T | | | | | |
| 89. GOOG common stock | | None | | | Sold | 02/19/14 | J | C | |
| 90. (H) TWB ROLLOVER IRA - BEACON POINTE (formerly BBR PSP BEACON POINTE) | | | | | | | | | |
| 91. TDAM Municipal Portfolio | A | Int./Div. | J | T | | | | | |
| 92. GS common stock | A | Dividend | J | T | | | | | |
| 93. Pimco Fds All Asset All Authority Instl | A | Int./Div. | | | Buy (add'l) | 06/11/14 | J | | |
| 94. | | | | | Sold | 09/26/14 | K | A | |
| 95. Pimco Total Return D | A | Int./Div. | | | Buy (add'l) | 06/12/14 | J | | |
| 96. | | | | | Sold | 09/26/14 | K | A | |
| 97. Riverpark Wedgewood Retail | A | Int./Div. | J | T | | | | | |
| 98. | A | Distribution | | | | | | | |
| 99. Diamond Hill Small Cap | A | Int./Div. | K | T | Buy | 06/12/14 | J | | |
| 100. | B | Distribution | | | Buy (add'l) | 11/25/14 | J | | |
| 101. Manning & Napier Pro Moderate Term | A | Int./Div. | K | T | Buy | 01/03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. | B | Distribution | | | | | | | |
| 103. BlackRock Strategic Income Opps Inv A | A | Int./Div. | K | T | Buy | 11/25/14 | K | | |
| 104. | A | Distribution | | | | | | | |
| 105. Metropolitan West Total Return Bond | A | Int./Div. | K | T | Buy | 09/30/14 | K | | |
| 106. FPA Crescent Portfolio | A | Int./Div. | J | T | | | | | |
| 107. Northern Lights Swan Defined Risk A | A | Int./Div. | K | T | | | | | |
| 108. Rbb Bp L/S esearch Inv | A | Int./Div. | J | T | Buy | 11/25/14 | J | | |
| 109. Virtus Funds Emerg Mkts Oppo Fd Cl A | A | Int./Div. | J | T | Buy (add'l) | 11/25/14 | J | | |
| 110. (H) TWB ROLLOVER IRA - BEACON POINTE - SARATOGA VALUE | | | | | | | | | |
| 111. TDAM Municipal Portfolio Cl A | A | Int./Div. | K | T | | | | | |
| 112. MMM common stock | A | Dividend | J | T | | | | | |
| 113. ABT common stock | A | Dividend | | | Sold | 05/05/14 | J | A | |
| 114. ABBV common stock | A | Dividend | J | T | | | | | |
| 115. AAPL common stock | A | Dividend | J | T | | | | | |
| 116. ACN common stock | A | Dividend | J | T | Buy | 06/12/14 | J | | |
| 117. ADP common stock | A | Dividend | J | T | | | | | |
| 118. BAX common stock | A | Dividend | J | T | Buy | 06/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  BDX common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 120.  BRK B common stock | A | Dividend | J | T | | | | | |
| 121.  CHRW common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 122.  CTSH common stock | | None | J | T | Buy | 06/12/14 | J | | |
| 123.  CSCO common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 124.  COH common stock | A | Dividend | J | T | | | | | |
| 125.  KO common stock | A | Dividend | J | T | | | | | |
| 126.  GD common stock | A | Dividend | | | Sold | 09/26/14 | J | B | |
| 127.  IBM common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 128.  JNJ common stock | A | Dividend | J | T | | | | | |
| 129.  MCD common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 130.  MDT common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 131.  MSFT common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 132.  NKE common stock | A | Dividend | J | T | | | | | |
| 133.  NVO common stock | A | Dividend | J | T | | | | | |
| 134.  OMC common stock | A | Dividend | J | T | | | | | |
| 135.  ORCL common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. PEP common stock | A | Dividend | J | T | | | | | |
| 137. PG common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 138. SYK common stock | A | Dividend | J | T | | | | | |
| 139. SYY common stock | A | Dividend | J | T | Buy | 06/12/14 | J | | |
| 140. TSS common stock | A | Dividend | J | T | | | | | |
| 141. UTX common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 142. VAR common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 143. WMT common stock | A | Dividend | J | T | Buy (add'l) | 06/12/14 | J | | |
| 144. (H) BBR PSP - TCS FINANCIAL (account closed - funds to rollover IRA) | | | | | | | | | |
| 145. Alliance Bernstein Premium Growth Cl A | A | Int./Div. | | | Sold | 02/05/14 | J | A | |
| 146. Allianz Convertible D | A | Int./Div. | | | Sold | 02/06/14 | J | A | |
| 147. Fidelity Funds Pharmacueticals Fd | A | Int./Div. | | | Sold | 03/12/14 | J | A | |
| 148. Fidelity Equity Income | A | Int./Div. | | | Buy | 04/02/14 | J | | |
| 149. | | | | | Sold | 06/11/14 | J | A | |
| 150. Fidelity Funds Brkg & Inv Mgmt | A | Int./Div. | | | Sold | 01/24/14 | J | A | |
| 151. Invesco Mid Cap Core Eq Fd Cl A | A | Int./Div. | | | Sold | 01/06/14 | J | A | |
| 152. Mainstay Fds Convertible A | A | Int./Div. | | | Sold | 01/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Oppenheimer Cap Appreciation Cl A | A | Int./Div. | | | Sold | 04/16/14 | J | A | |
| 154. Prudential Fds Jennison Growth A | A | Int./Div. | | | Sold | 01/29/14 | J | A | |
| 155. T Rowe Price Equity Income F Sh Ben Int | A | Int./Div. | | | Sold | 01/30/14 | J | A | |
| 156. Virtus Funds Real Estate Securities Cl A | A | Int./Div. | | | Sold | 01/21/14 | J | A | |
| 157. Franklin Convertible Securities Cl A | A | Int./Div. | | | Sold | 01/14/14 | J | A | |
| 158. Loomis Sayles Bond Retail | A | Int./Div. | | | Buy | 01/14/14 | J | | |
| 159. | | | | | Sold | 05/13/14 | J | A | |
| 160. Lord Abbett Fundamnetal Equity A | A | Int./Div. | | | Buy | 01/06/14 | J | | |
| 161. | | | | | Sold | 04/22/14 | J | A | |
| 162. Fidelity Advisor Strategic Income A | A | Int./Div. | | | Buy | 05/13/14 | J | | |
| 163. | | | | | Sold | 06/11/14 | J | A | |
| 164. Franklin US Govt Secs A | A | Int./Div. | | | Buy | 02/07/14 | J | | |
| 165. | | | | | Sold | 04/15/14 | J | A | |
| 166. Goldman Sachs Mid Cap Value A | A | Int./Div. | | | Buy | 04/08/14 | J | | |
| 167. | | | | | Sold | 06/11/14 | J | A | |
| 168. Goldman Sachs High Yield Muni A | A | Int./Div. | | | Buy | 04/16/14 | J | | |
| 169. | | | | | Sold | 06/11/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Morgan Stanley Institutional Growth I | A | Int./Div. | | | Buy | 01/21/14 | J | | |
| 171. | | | | | Sold | 06/04/14 | J | A | |
| 172. MFS Utilities A | A | Int./Div. | | | Buy | 04/24/14 | J | | |
| 173. | | | | | Sold | 06/11/14 | J | A | |
| 174. Northern Small Cap Value | A | Int./Div. | | | Buy | 03/12/14 | J | | |
| 175. | | | | | Sold | 06/11/14 | J | A | |
| 176. Northern Technology | A | Int./Div. | | | Buy | 02/11/14 | J | | |
| 177. | | | | | Sold | 05/05/14 | J | A | |
| 178. Oppenheimer Global A | A | Int./Div. | | | Buy | 01/24/14 | J | | |
| 179. | | | | | Sold | 04/02/14 | J | A | |
| 180. PIMCO Real Return A | A | Int./Div. | | | Buy | 05/27/14 | J | | |
| 181. | | | | | Sold | 06/12/14 | J | A | |
| 182. Putnam Convertible Securities A | A | Int./Div. | | | Buy | 02/24/14 | J | | |
| 183. | | | | | Sold | 05/27/14 | J | A | |
| 184. Putnam AMT-Free Municipal A | A | Int./Div. | | | Buy | 04/30/14 | J | | |
| 185. | | | | | Sold | 06/11/14 | J | A | |
| 186. Ariel Appreciation Investor | A | Int./Div. | | | Buy | 06/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold | 06/12/14 | J | A | |
| 188. Clipper | A | Int./Div. | | | Buy | 05/05/14 | J | | |
| 189. | | | | | Sold | 06/12/14 | J | A | |
| 190. Deutsche High Income A | A | Int./Div. | | | Buy | 01/29/14 | J | | |
| 191. | | | | | Sold | 04/08/14 | J | A | |
| 192. Deutsche Global Income Builder A | A | Int./Div. | | | Buy | 04/22/14 | J | | |
| 193. | | | | | Sold | 06/12/14 | J | A | |
| 194. Western Asset Inflation Indexed Plus Bond I | A | Int./Div. | | | Buy | 01/14/14 | J | | |
| 195. | | | | | Sold | 04/30/14 | J | A | |
| 196. Wells Fargo Advantage Core Bond Adm | A | Int./Div. | | | Buy | 02/06/14 | J | | |
| 197. | | | | | Sold | 02/24/14 | J | A | |
| 198. (H) LIFE INSURANCE POLICIES | | | | | | | | | |
| 199. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 200. Northwestern Mutual Adjsutable CompLife | A | Dividend | J | T | | | | | |
| 201. Northwestern Muutal Adjsutable CompLife | A | Dividend | J | T | | | | | |
| 202. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 203. Northwestern Mutual 65 Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 18

**Name of Person Reporting**

Bade, Bridget S.

**Date of Report**

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  (H) OFFICE CONDO | | | | | | | | | |
| 205.  TBM2 Investments LLC - office condo in Tempe, AZ ▮▮▮ | E | Rent | N | R | Buy | 03/31/14 | N | | Law Diggs LLC |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

BBR PSP = Bade Baskin Richards Profit Sharing Plan, which is my ▓▓▓▓ former law firm's profit sharing plan. The plan was terminated in 2014, and all assets were rolled into a self-directed IRA at Beacon Pointe.

TBM2 Investments LLC was formed in 2014 with judge and ▓▓▓▓ as members. TBM2 Investments LLC purchased an office condo, which is leased to judge's ▓▓▓▓ law practice. Actual purchase price was $450,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544